## T. O. RICHARDSON COMPANY, INC. *v.* STEPHEN W. BROCKBANK

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Stephen W. Brockbank*, pro se, in support of the petition.

*Dennis F. Kerrigan, Jr.*, in opposition.

Decided January 17, 1996

## STATE OF CONNECTICUT *v.* JONATHAN BRADLEY

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 82 (AC 12942), is denied.

*Max Brunswick*, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided January 17, 1996

## STATE OF CONNECTICUT *v.* CHARLES B. ANGELO

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 709 (AC 13734), is denied.

*Roger J. Frechette* and *Matthew E. Frechette*, in support of the petition.

*Edward F. Reynolds, Jr.*, assistant attorney general, in opposition.

Decided January 17, 1996